IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHELLE MAY                                                                                      PLAINTIFF

VS.                                              4:20-CV-01196 JM

USAA CASUALTY INSURANCE COMPANY                                     DEFENDANT

ORDER

In its Motion for Judgment on the Pleadings (Doc. No. 3), Defendant asserts that it is not the insurer that has a contract with Plaintiff. Defendant points out that the contract attached to Plaintiff's complaint "clearly states it is a policy issued by United Services Automobile Association, not USAA Casualty Insurance Company."[1] In her response, Plaintiff "agrees that Defendant is entitled to judgment on the pleadings."[2]

Accordingly, the motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 30th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] Doc. No. 4.